Garo Mardirossian, Esq., #101812 (garo@garolaw.com)
Lawrence D. Marks, Esq., #153460 (Lmarks@garolaw.com)
**MARDIROSSIAN & ASSOCIATES, INC.**
*A Professional Law Corporation*
6311 Wilshire Boulevard
Los Angeles, CA   90048-5001
(323) 653-6311; (323) 651-5511 FAX
Attorneys for Plaintiffs FAI. E., a minor by
and through Guardian Ad Litem ELIS EMMANUEL;
FAR. E., a minor by and through Guardian Ad Litem
ELIS EMMANUEL; J.E., a minor by and
through Guardian Ad Litem ELIS EMMANUEL

Douglas A. Linde, SBN 217584 (dal@linde.law)
Erica Allen Gonzales, SBN 234922 (eag@linde.law)
**THE LINDE LAW FIRM**
6701 Center Drive West, Suite 610
Los Angeles, California   90045
(310) 203-9333; (310) 203-9233 FAX
Attorneys for Plaintiff Elis Emmanuel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIS EMMANUEL individually and as successor-in-interest of TAVEONTE ART EMMANUEL deceased; FAI. E., a minor by and through Guardian Ad Litem ELIS EMMANUEL; FAR. E., a minor by and through Guardian Ad Litem ELIS EMMANUEL; J.E., a minor by and through Guardian Ad Litem ELIS EMMANUEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT, public entities; GUSTAVO MAYA, GREGORY STYS, MICHAEL FLEET and DOES 1 through 50, individually, and as peace officers, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-00482-SB (ADSx)<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Dept.: Courtroom 6C<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Action Filed: March 10, 2020<br>Trial Conf.: January 14, 2022<br>Trial: January 31, 2022 |

NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

ROBERT FABELA, CITY ATTORNEY
MOSES W. JOHNSON, IV – State Bar No. 118769
Assistant City Attorney
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA 92805
(714) 765-5169 / (714) 765-5123 [Fax]
mjohnson@anaheim.net

STEVEN J. ROTHANS – State Bar No. 106579
JILL WILLIAMS – State Bar No. 221793
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / jwilliams@crdlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIS EMMANUEL individually and as successor-in-interest of TAEVONTE ART EMMANUEL deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT, public entities; and DOES 1 through 50, individually and as a peace officers, inclusive,<br><br>Defendants. | Case No. 8:20-CV-00482-SB (ADSx)<br><br>**DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

Defendants, City of Anaheim, Anaheim Police Department, Gustavo Maya, Gregory Stys and Michael Fleet, hereby offer to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on the following specified terms:

1. Judgment in favor of Plaintiff Elis Emmanuel, as successor-in-interest to Taveonte Art Emmanuel deceased, and against Defendant City of Anaheim, only, in the sum of two hundred and fifty thousand dollars and no cents ($250,000.00), in addition to costs and attorney fees awardable by statute, contract or otherwise that have been incurred up to the date of this offer, the amount of which shall be determined by the court only upon timely motion by the plaintiff and according to proof.

2. Judgment in favor of Plaintiff Elis Emmanuel, as an individual, and against Defendant City of Anaheim, only, in the sum of two hundred and fifty thousand dollars and no cents ($250,000.00), in addition to costs and attorney fees awardable by statute, contract or otherwise that have been incurred up to the date of this offer, the amount of which shall be determined by the court only upon timely motion by the plaintiff and according to proof.

3. Judgment in favor of Plaintiff FAI. E., a minor by and through her Guardian Ad Litem Elis Emmanuel, and against Defendant City of Anaheim, only, in the sum of five hundred thousand dollars and no cents ($500,000.00), in addition to costs and attorney fees awardable by statute, contract or otherwise that have been incurred up to the date of this offer, the amount of which shall be determined by the court only upon timely motion by the plaintiff and according to proof.

4. Judgment in favor of Plaintiff FAR. E., a minor by and through her Guardian Ad Litem Elis Emmanuel, and against Defendant City of Anaheim, only, in the sum of five hundred thousand dollars and no cents ($500,000.00), in addition to costs and attorney fees awardable by statute, contract or otherwise that have been incurred up to the date of this offer, the amount of which shall be determined by the court only upon timely motion by the plaintiff and according to proof.

5.  Judgment in favor of Plaintiff JE. E., a minor by and through his Guardian Ad Litem Elis Emmanuel, and against Defendant City of Anaheim, only, in the sum of five hundred thousand dollars and no cents ($500,000.00), in addition to costs and attorney fees awardable by statute, contract or otherwise that have been incurred up to the date of this offer, the amount of which shall be determined by the court only upon timely motion by the plaintiff and according to proof.

6.  This offer is conditioned on acceptance of the offer by all plaintiffs.

7.  Acceptance by the plaintiffs of said Judgment against the City of Anaheim shall operate to expressly release and discharge the City of Anaheim, the Anaheim Police Department, and all of its employees, law enforcement officers, council members or other agents, including but not limited to Gustavo Maya, Gregory Stys and Michael Fleet, from any and all claims that arise out of this civil action. Furthermore, Judgment shall be in full satisfaction of all claims or rights that the plaintiffs may have that arises out of the alleged acts or omissions of the City of Anaheim and its employees, law enforcement officers, council members or other agents, whether named or unnamed, including but not limited to Gustavo Maya, Gregory Stys and Michael Fleet pertaining to the facts and issues underlying this civil action.

8.  If this offer is accepted, the total amount of the Judgment (not including attorney's fees) in the amount of two million dollars ($2,000,000.00) will be paid by the City of Anaheim within thirty (30) days from the date the court approves the distribution of the proceeds of the judgment to the minor plaintiffs, without accrual of interest.

9.  This offer may be accepted in the form of a letter directed to attorneys for defendants, wherein the offer is accepted pursuant to the terms and conditions outlined hereinabove, or by signing and dating the proof of acceptance included with this offer.

- 3 -
DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 68

10. If, within fourteen (14) days after being served with this Offer of Judgment, plaintiffs do not serve written notice accepting the offer, the offer shall be deemed withdrawn.

11. In making the instant Offer of Judgment, these offering defendants do not admit to liability or wrongdoing.

DATED: October 6, 2021

CITY OF ANAHEIM,
OFFICE OF THE CITY ATTORNEY

By: /s/ Moses W. Johnson IV
Moses W. Johnson IV
Attorneys for Defendants

DATED: October 6, 2021

CARPENTER, ROTHANS & DUMONT LLP

By: /s/ Jill Williams
Steven J. Rothans
Jill Williams
Attorneys for Defendants

## PROOF OF ACCEPTANCE

Plaintiffs Elis Emmanuel, individually and as successor in interest to Taveonte Art Emmanuel, and FAI. E., FAR. E. and JE. E., minors, by and through their Guardian Ad Litem Elis Emmanuel, accept your offer to allow compromise on the terms and conditions as specified above.

DATED: Oct 20, 2021

Elis Emmanuel (Oct 20, 2021 17:02 PDT)
Elis Emmanuel

///

///

- 4 -
DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 68

DATED: 10/20/21

THE LINDE LAW FIRM

By: /s/
Douglas A. Linde
Attorneys for Plaintiffs

DATED: 10/20/21

MARDIROSSIAN & ASSOCIATES, INC.

By: /s/
Garo Mardirossian
Lawrence Marks
Attorneys for Plaintiffs

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 500 S. Grand Avenue, 19th Floor, Los Angeles, California 90071.

On October 6, 2021, I served the foregoing document described as:

**DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

on interested parties in this action by placing the original/a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Garo Mardirossian, Esq.<br>Lawrence D. Marks, Esq.<br>MARDIROSSIAN & ASSOCIATES<br>6311 Wilshire Blvd.<br>Los Angeles, CA 90048 | (323) 653-6311<br>garo@garolaw.com<br>lmarks@garolaw.com |
| Douglas A. Linde, Esq.<br>THE LINDE LAW FIRM<br>6701 Center Drive West, Suite 610<br>Los Angeles, CA 90045 | (310) 203-9333<br>dal@lindelaw.net |

☐ BY MAIL: As follows: I am readily familiar with the City's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice correspondence is deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. The correspondence described above was placed for deposit at 500 S. Grand Avenue, Los Angeles, California 90071, on the date set forth above.

☒ BY ELECTRONIC TRANSMISSION: I caused the document to be sent to the persons at their electronic notification address(es).

☒ BY METHOD OF OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered via Express Mail or other method of delivery providing for overnight delivery to the addressee(s) designated.

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California.

*Susana Guzman*
Susana Guzman

130688v1

**PROOF OF SERVICE**
CCP §§ 1011, 1013, 1013a
FRCP 5

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I, the undersigned, am employed in the County of Los Angeles, State of California, am over the age of 18 years and not a party to this lawsuit. My business address is Mardirossian & Associates, Inc., 6311 Wilshire Boulevard, 3rd Floor, Los Angeles, California 90048. On **October 20, 2021,** I served or caused to be served the foregoing document described as: **NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68,** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

( )   **BY MAIL:**
I deposited such document in a sealed envelope with postage fully prepaid, in the mail at Los Angeles, California.

( )   **BY OVERNIGHT DELIVERY:**
I caused such document to be delivered overnight from Los Angeles, California, to the business address maintained by the above person(s) as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

( )   **BY FACSIMILE:**
I transmitted such document by facsimile from Los Angeles, California, to the facsimile machine maintained by the above person(s) at (see service list) as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

( )   **BY PERSONAL SERVICE:**
I caused such document to be delivered by messenger from Los Angeles, California, to the business address maintained by the above person(s) as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

(X)   **BY EMAIL:**
I caused such documents to be delivered by email to the person(s) indicated on the attached Service List at the following email address_____.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **October 20, 2021,** at Los Angeles, California.

Lawrence D. Marks

## SERVICE LIST
## EMMANUEL, et al. v. CITY OF ANAHEIM, et al.
### Case No. 8:20-CV-00482-JVS-ADS

| | |
|---|---|
| Douglas A. Linde, Esq.<br>Erica Allen Gonzales, Esq.<br>**THE LINDE LAW FIRM**<br>6701 Center Drive West, Suite 610<br>Los Angeles, CA 90045-1597<br>Telephone: (310) 203-9333<br>Facsimile: (310) 203-9233<br>E-Mail: dal@linde.law; eag@linde.law | Attorneys for Plaintiff<br>**ELIS EMMAUEL** |
| Moses W. Johnson, IV, Assistant City Attorney<br>**ANAHEIM CITY ATTORNEY'S OFFICE**<br>200 South Anaheim Boulevard, Suite 356<br>Anaheim, CA 92805-3820<br>Telephone: (714) 765-5169<br>Facsimile: (714) 765-5123<br>E-Mail: mjohnson@anaheim.net | Attorneys for Defendants,<br>**CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, GUSTAVO MAYA, GREGORY STYS, and MICHAEL FLEET** |
| Jill Williams, Esq.<br>Steven J. Rothans, Esq.<br>**CARPENTER, ROTHANS & DUMONT LLP**<br>500 South Grand Avenue, 19th Floor<br>Los Angeles, CA 90071-2668<br>Telephone: (213) 228-0400<br>Facsimile: (213) 228-0401<br>E-Mail: jwilliams@crdlaw.com; srothans@crdlaw.com | Attorneys for Defendants,<br>**CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, GUSTAVO MAYA, GREGORY STYS, and MICHAEL FLEET** |