FILED
CLERK, U.S. DISTRICT COURT
October 26, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

NOT JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIS EMMANUEL individually and as successor-in-interest of TAEVONTE ART EMMANUEL deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT, public entities; and DOES 1 through 50, individually and as peace officers, inclusive,<br><br>Defendants. | Case No. 8:20-CV-00482-SB (ADSx)<br><br>**JUDGMENT ENTERED UPON PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

Pursuant to the terms of the offer of judgment made by defendants pursuant to Federal Rule of Civil Procedure 68, which was accepted by the plaintiffs,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

- 1 -
JUDGMENT ENTERED UPON PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

1. Judgment is entered in favor of Plaintiff Elis Emmanuel, as successor-in-interest to Taevonte Art Emmanuel deceased, and against Defendant City of Anaheim, only, in the sum of two hundred and fifty thousand dollars and no cents ($250,000.00).

2. Judgment is entered in favor of Plaintiff Elis Emmanuel, as an individual, and against Defendant City of Anaheim, only, in the sum of two hundred and fifty thousand dollars and no cents ($250,000.00).

3. Judgment is entered in favor of Plaintiff FAI. E., a minor by and through her Guardian Ad Litem Elis Emmanuel, and against Defendant City of Anaheim, only, in the sum of five hundred thousand dollars and no cents ($500,000.00).

4. Judgment is entered in favor of Plaintiff FAR. E., a minor by and through her Guardian Ad Litem Elis Emmanuel, and against Defendant City of Anaheim, only, in the sum of five hundred thousand dollars and no cents ($500,000.00).

5. Judgment is entered in favor of Plaintiff JE. E., a minor by and through his Guardian Ad Litem Elis Emmanuel, and against Defendant City of Anaheim, only, in the sum of five hundred thousand dollars and no cents ($500,000.00).

6. This Judgment shall operate to expressly release and discharge the City of Anaheim, the Anaheim Police Department, and all of its employees, law enforcement officers, council members or other agents, including but not limited to Gustavo Maya, Gregory Stys, and Michael Fleet, from any and all claims that arise out of this civil action.  Furthermore, this Judgment shall be in full satisfaction of all claims or rights that the plaintiffs may have that arises out of the alleged acts or omissions of the City of Anaheim and its employees, law enforcement officers, council members or other agents, whether named or unnamed, including but not limited to Gustavo Maya, Gregory Stys, and Michael Fleet pertaining to the facts

and issues underlying this civil action.

7. Plaintiffs shall recover costs and attorney fees awardable by statute, contract or otherwise that were incurred up to October 6, 2021, the date of the offer, the amount of which shall be determined by the court only upon timely motion by the plaintiffs and according to proof.

DATED: October 25, 2021

_____
Honorable Stanley Blumenfeld, Jr.
United States District Judge